UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHUCK JOHNSON,

        Plaintiff,

    v.

JOSEPH LEHMAN,

        Defendant.

Case No. C04-5877RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

    The Court, having reviewed Plaintiffs' complaint, the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    This action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute as Plaintiff did not effectuate service.

    (3)    The Clerk is directed to send copies of this Order to plaintiff, and to the Hon. Karen L. Strombom.

DATED this 22nd day of December, 2005.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1